**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**

-------------------------------------------------------------------------x

Shawn Gettinger, on behalf of himself and all
others similarly situated,

                                 Plaintiff,

      -v.-

Naples Restaurant Group, Inc.

                              Defendants.

-------------------------------------------------------------------------x

Civil Action No:
8:24-cv-00138-KKM-SPF

## NOTICE OF SETTLEMENT

Notice is hereby given that the parties have settled this matter.  The parties anticipate completing settlement documents and filing a dismissal with the Court within the next sixty (60) days.  The parties request that the Court retain jurisdiction for these parties during said sixty (60) day period.

DATED, this 26th day of March, 2024

*/s/Justin E. Zeig*
Justin E. Zeig, Esq.
**Zeig Law Firm, LLC**
3475 Sheridan Street Suite 310
Hollywood, FL 33021
Phone: 754-217-3084
justin@zeiglawfirm.com

1

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed on March 26, 2024 with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Service List below either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

<u>*/s/ Justin E. Zeig*</u>
Justin E. Zeig, Esq.