## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

------------------------------------------------------------------------x

Shawn Gettinger, on behalf of himself and all
others similarly situated,

Civil Action No:
8:24-cv-00138-KKM-SPF

Plaintiff,

-v.-

Naples Restaurant Group, Inc.

Defendants.

------------------------------------------------------------------------x

### JOINT STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel

for the Plaintiff, and Defendant, Naples Restaurant Group, Inc. in the above captioned action, that

whereas no party hereto is an infant, incompetent person for whom a committee has been appointed

or conservatee, and no person not a party has an interest in the subject matter of the action, that

this action is dismissed with prejudice and without costs to either party pursuant to Rule

41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**Dated:** May 13, 2024

| For Plaintiff Shawn Gettinger | For Defendant Naples Restaurant Group, Inc. |
|---|---|
| /s/ Justin Zeig<br>Justin Zeig, Esq.<br>Zeig Law Firm, LLC<br>3475 Sheridan Street, Ste 310<br>Hollywood, FL 33021<br>justin@zeiglawfirm.com | /s/ Mark Fereg<br>Mark Fereg<br>Ford Harrison, LLP<br>515 North Flagler Drive Suite 350<br>West Palm Beach, FL 33401<br>Mfereg@fordharrison.com |

1

## CERTIFICATE OF SERVICE

I certify that on May 13, 2024 a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

> */s/ Justin Zeig*
> Justin Zeig
> Zeig Law Firm, LLC
> 3475 Sheridan Street, Ste 310
> Hollywood, FL 33021
> justin@zeiglawfirm.com
> *Attorneys for Plaintiff*

2